IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-38-2H

UNITED STATES OF AMERICA      )
                              )
         v.                   )
                              )                    **ORDER**
NICOLE GRADY MAYERS           )
         Defendant.           )


This matter is before the court on defendant's pro se motion to correct sentence, [D.E. #73], in light of <u>Johnson v. United States</u>, 135 S.Ct. 2551 (2015). Finding insufficient cause inasmuch as defendant was not sentenced under the Armed Career Criminal Act, her motion to correct sentence, [D.E. #73], is DENIED.

This 16 day of May 2016.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#34