```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                    EASTERN DIVISION

                   No. 4:11-CR-38-2H
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| NICOLE GRADY MAYERS ) | |
|     Defendant. ) | |

This matter is before the court on defendant's pro se motion for reduction of sentence, [D.E. #79], in light of <u>Johnson v. United States</u>, 135 S.Ct. 2551 (2015). Finding insufficient cause inasmuch as defendant was not sentenced under the Armed Career Criminal Act, her motion for reduction of sentence, [D.E. #79], is DENIED.

    This 26th day of May 2016.

                                              _____
                                              MALCOLM J. HOWARD
                                              Senior United States District Judge

At Greenville, NC
#34