IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-38-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| NICOLE GRADY MAYERS, | )<br>) |
| Defendant. | )<br>) |

This matter is before the court on defendant's Motion for Reconsideration 18 U.S.C. 3742(e) Post-Sentencing Rehabilitation Programming [DE #85]. Finding no legal basis to alter the prior judgment, the motion is DENIED.

This 16th day of August 2018.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26